# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
*HAROLD A. ACKERMAN*
SENIOR  JUDGE

UNITED STATES DISTRICT COURT
POST OFFICE BOX 999
NEWARK, NEW JERSEY 07101-0999

July 16, 2008

## TO ALL COUNSEL OF RECORD

Re:     *United States v. Karriem*, Criminal No. 07-706 (HAA)

Dear Counsel:

    Defendant Shaka Karriem has filed a motion to suppress evidence in this matter.  The Court will hold an evidentiary hearing on Defendant's motion on Wednesday, August 13, 2008 at 11:30am.

        SO ORDERED

        s/ Harold A. Ackerman
        U.S.D.J.

HAA:jsp