**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>*HAROLD A. ACKERMAN*<br>SENIOR JUDGE | **UNITED STATES DISTRICT COURT**<br>POST OFFICE BOX 999<br>NEWARK, NEW JERSEY 07101-0999 |

September 26, 2008

**RE:**   *United States v. Karriem*, Criminal No. 07-706

**TO ALL COUNSEL OF RECORD**

Dear Counsel:

     At the conclusion of the hearing in this matter on September 18, 2008, Defendant requested that the Government produce the entire Newark Police Department personnel and internal affairs files for the police officers involved in this matter, or in the alternative that the Court review the files *in camera* and disclose any material information to Defendant. I ordered the Government to submit a brief on this issue. I have received Mr. Herring's letter brief on behalf of the Government.

     Defendant shall file a response to the Government's brief no later than **October 3, 2008.** There shall be no reply.

SO ORDERED

/s/ Harold A. Ackerman
U.S.D.J.