UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Crim. No. 07-706 (HAA)

v.                              :

SHAKA KARRIEM,
    a.k.a. "Derrick Davis"         :        ORDER FOR CONTINUANCE
    a.k.a. "Eric Gibbons"
    a.k.a. "Eric Green"

       This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Douglas Herring, Assistant U.S. Attorney, appearing), and defendant Shaka Karriem (by John Yauch, Deputy Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to permit the parties to engage in plea negotiations; and the defendant being aware that he has the right to have this matter presented to a Grand Jury within thirty days of his arrest; and for good and sufficient cause shown;

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       (1) The parties have engaged in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary.

       (2) Defendant has consented to the continuance.

       (3) The grant of a continuance will likely conserve judicial resources.

(4) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21st day of October, 2008,

ORDERED that the proceedings in the above-captioned matter are continued for a period of sixty days, from October 15, 2008 through December 15, 2008, and

IT IS FURTHER ORDERED that the period from October 15, 2008 through December 15, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

Harold A. Ackerman
Honorable Harold A. Ackerman
United States District Judge

Form and entry
consented to:

Douglas Herring
Assistant U.S. Attorney

John Yauch
Counsel for defendant

2