UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER MODIFYING CONDITIONS |
| v. | : | OF RELEASE |
| | : | |
| | : | D.C. No. 07-706 (HAA) |
| SHAKA KARRIEM | | |

This matter having come before the Court on the application of defendant, Shaka Karriem, (by John H. Yauch, Assistant Federal Public Defender) for an Order modifying conditions of release in the above captioned matter, and the United States (by Douglas Herring, Assistant U.S. Attorney) having consented thereto, Pretrial Services (by William Sobchik) having approved, and for good cause shown;

IT IS on this 5th day of December, 2008, HEREBY ORDERED that:

1. The condition requiring home confinement/electronic monitoring is hereby removed.

2. All other conditions of bail remain intact.

HONORABLE HAROLD A. ACKERMAN
UNITED STATES DISTRICT COURT JUDGE

consented to:

*[signature]*
Douglas Herring, Esq.
Assistant U.S. Attorney

*[signature]*
John Yauch, Esq.
Assistant Federal Public Defender