RECEIVED
OCT 14 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

---------------------------------X
**UNITED STATES OF AMERICA,**

           CR. 07-706 (GEB)

           ORDER OF REALLOCATION AND
           REASSIGNMENT

       vs.

**SHAKA KARRIEM,**
---------------------------------X

    It is on this 14TH day of October, 2009,

    O R D E R E D that the above entitled action is reallocated from Newark to Trenton and reassigned from Judge Garrett E. Brown, Jr. To Judge Anne E. Thompson.

                           _s/Garrett E. Brown, Jr._
                   GARRETT E. BROWN, JR., CHIEF JUDGE
                    UNITED STATES DISTRICT COURT

RECEIVED
OCT 14 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK